**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IMELDA PEREZ-BERNAL; ELIDA FABIOLA HERNANDEZ-PEREZ, Petitioners, v. ERIC H. HOLDER Jr., Attorney General, Respondent. | No. 05-72889 Agency Nos. A075-742-539 A075-742-540 MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Imelda Perez-Bernal and Elida Fabiola Hernandez-Perez, mother and

daughter and natives and citizens of Mexico, petition for review of the Board of

Immigration Appeals' ("BIA") order denying their motion to reconsider.  Our

_____

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

AP/Research

jurisdiction is governed by 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), we deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion because the motion failed to identify any error of law or fact in the BIA's November 5, 2004 decision denying their earlier motion to reopen. *See* 8 C.F.R. § 1003.2(b)(1).

To the extent petitioners challenge the BIA's November 5, 2004 order, we lack jurisdiction because this petition for review is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**